United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

QATAR AIRWAYS GROUP (Q.C.S.C.),

Defendant.

Case No. 26-mc-80278-RS

**ORDER DENYING LEAVE TO FILE AND DISMISSING MISCELLANEOUS ACTION**

On June 23, 2026, plaintiff Sergey Firsov was declared a vexatious litigant and a prefiling review order was imposed against him with respect to any complaints he might seek to file against an airline. *See Firsov v. Scandinavian Airlines System*, 25-cv-03691 EMC Dkt. No. 113. The scope of the order was subsequently extended to reach complaints against persons or entities that are a part of, or related to, the airline industry. *Id.* Dkt. No. 124.

On September 4, 2026, Firsov submitted for filing a complaint against Qatar Airways Group, among others. As the result of administrative error, the complaint was filed as Case No. 26-cv-9609 without prior review and approval by the General Duty Judge, as required by the prefiling review order. On September 10, 2026, Firsov initiated this miscellaneous action, purporting to seek leave to file the complaint against Qatar Airways Group.

This miscellaneous action is procedurally improper. As set out in the prefiling review order, if Firsov wishes to file a pro se complaint or other case-initiating document against an airline or related person or entity, he shall first provide the following documents to the Clerk of

this Court:

• The complaint or other case-initiating document he wishes to be filed; and

• A letter explaining why the filing is not frivolous legally and factually, along with a copy of the prefiling review order.

To the extent that Firsov intended the materials he submitted in this miscellaneous action to be considered as an after-the-fact attempt to comply with the prefiling review order, they should not have been presented as a separate action, and this miscellaneous action is hereby dismissed on that basis.

As to the underlying complaint against Qatar Airways Group and others, even taking into account the materials Firsov submitted in this miscellaneous action, he has made no showing that the complaint is not frivolous. Because the complaint was filed through administrative error, it is hereby stricken, and case number 26-cv-9609 shall be permanently closed.

**IT IS SO ORDERED**.

Dated: September 10, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California